```
Theodore S. Maceiko (State Bar No. 150211)
ted@maceikoip.com
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, CA  90266
Telephone:  (310) 545-3311
Facsimile:   (310) 545-3344

Attorneys for Plaintiff
MAD DOGG ATHLETICS, INC.
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUNNY HEALTH & FITNESS, INC., a California corporation, and SUNNY DISTRIBUTOR, INC., a California corporation,<br><br>Defendants. | Case No. CV 11-08143 CAS (MRWx)<br><br>Assigned for all Purposes to Christina A. Snyder<br><br>**[PROPOSED] CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

WHEREAS plaintiff Mad Dogg Athletics, Inc. ("Mad Dogg") and defendants, Sunny Health & Fitness, Inc. and Sunny Distributor, Inc. (collectively "Sunny") have agreed in a separate agreement to settlement of the matter in issue between them and to entry of this judgment, it is ORDERED, ADJUDGED AND DECREED THAT:

    1.    Mad Dogg alleged claims for Patent Infringement.

    2.    The Court has jurisdiction over each of the plaintiff Mad Dogg and the Defendants in this action and over the subject matter in issue based on 28 U.S.C. §§ 1331 and 1338(a).  The Court further has continuing jurisdiction to enforce the terms and provisions of the Consent Judgment and Permanent Injunction.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

3. Mad Dogg is a corporation incorporated under the laws of the State of California, and has its principal place of business at 2111 Narcissus Court, Venice, California 90291.

4. Defendants Sunny Health & Fitness, Inc. and Sunny Distributor, Inc. are California corporations having a principal place of business at 427 Turnbull Canyon Road, City of Industry, California 91745.

5. Sunny has imported, made, used, sold, offered for sale or distributed indoor cycling bikes under model nos. SF-B1001, SF-B1002, SF-B1003, SF-B1110, SF-B901, SF-B904 and SF-B912.

6. Mad Dogg has obtained and is the owner of U.S. Patent Nos. 6,155,958, 6,468,185, D473,602, 6,881,178, 7,455,627 and 8,057,364 which are valid and enforceable throughout the United States for their remaining term. Copies of these patents are attached hereto as Exhibits 1-6.

7. The manufacture, use, sale, offer for sale or importation of the SF-B1001, SF-B1002, SF-B1110, SF-B901 and SF-B904 constitutes infringement of U.S. Patent No. 6,155,958.

8. The manufacture, use, sale, offer for sale or importation of the SF-B1001, SF-B1002, SF-B1003, SF-B1110, SF-B901 and SF-B904 constitutes infringement of U.S. Patent No. 6,468,185.

9. The manufacture, use, sale, offer for sale or importation of the SF-B1001 constitutes infringement of U.S. Patent No. D473,602.

10. The manufacture, use, sale, offer for sale or importation of the SB-B1001, SF-B1002, SF-B1003, SF-B1110, SF-B901, SF-B904 and SF-B912 constitutes infringement of U.S. Patent No. 6,881,178.

11. The manufacture, use, sale, offer for sale or importation of the SF-B1001 constitutes infringement of U.S. Patent No. 7,455,627.

12. The manufacture, use, sale, offer for sale or importation of the SF-B1001, SF-B1002, SF-B1003, SF-B1110, SF-B901, SF-B904and SF-B912 constitutes infringement of U.S. Patent No. 8,057,364.

13. Defendants, their agents, officers, servants, employees, and attorneys, and all persons in active consent and participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from engaging in any of the following activities:

(a) from infringing, either directly or contributorily and from inducing others to infringe any of Mad Dogg's U.S. Patent Nos. 6,155,958, 6,468,185, D473,602, 6,881,178, 7,455,627 and 8,057,364; and

14. Service by mail upon Defendants, addressed to John Sun, Sunny Health & Fitness, Inc. and Sunny Distributor, Inc., 427 Turnbull Canyon Road, City of Industry, California 91745 of a copy of this Consent Judgment and Permanent Injunction entered by the Court is deemed sufficient notice to Defendants under Rule 65(d) of the Federal Rules of Civil Procedure. It shall not be necessary for Defendants to sign any form of acknowledgment of service.

15. The parties shall bear their own attorneys' fees and costs.

16. All remaining causes of action against Defendants are hereby dismissed with prejudice.

17. The counterclaim brought by Defendants Sunny Health & Fitness, Inc. and Sunny Distributor, Inc. and all remaining causes of action against Plaintiff are hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: April 5, 2012

*Christine A. Snyder*
United States District Judge

Approved as to form and content:

MACEIKO IP

By: */Theodore S. Maceiko/*
      Theodore S. Maceiko

Attorneys for Plaintiff
Mad Dogg Athletics, Inc.

Dated: April 5, 2012


DAVID & RAYMOND, I.P. LAW FIRM

By: */A. Justin Lum/*
      Tony W. Wong
      A. Justin Lum, Of Counsel

Attorneys for Defendants
Sunny Health & Fitness, Inc. and Sunny Distributor, Inc.

Dated: April 5, 2012